FILED

2025 JUN -9 AM 9: 03

CLERK U.S. DIS...
CENTRAL DIST...
LOS ANGELES ... F.
BY:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| v. | **PLAINTIFF** | 25 mj 3509-Daty |
| Russell          GOMEZ DZUL | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# | **DEFENDANT** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  6/7/2025          1530          ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. § 111(a)(1)

5. Offense charged is a:  ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No   ☑ Yes   Language:  Spanish

7. Year of Birth:  1991

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Steve Yoon          (please print)

12. Office Phone Number: 562-972-7816          13. Agency: Homeland Security Invest

14. Signature          15. Date: 6/7/2025

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION