**FILED**
**CLERK, U.S. DISTRICT COURT**

6/18/2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:25-CR-00503-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| RUSSELL GOMEZ DZUL,<br>  aka "RUSSELL OZUL GOMEZ,"<br>  aka "RUSSELL DZUL GOMEZ," | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant RUSSELL GOMEZ DZUL, also known as ("aka") RUSSELL OZUL GOMEZ, aka RUSSELL DZUL GOMEZ, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim O.I., an employee of U.S. Border Patrol,

//

//

1  while O.I. was engaged in, and on account of, the performance of
2  O.I.'s official duties.
3
4                                  BILAL A. ESSAYLI
                                   United States Attorney
5
                                   CHRISTINA T. SHAY
6                                  Assistant United States Attorney
                                   Chief, Criminal Division
7
                                   */s/ Frances S. Lewis*
8
9                                  FRANCES S. LEWIS
                                   Assistant United States Attorney
10                                 Chief, General Crimes Section
11                                 THI HOANG HO
                                   Assistant United States Attorney
12                                 General Crimes Section

2