James S. Threatt (SBN 325317)
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
(213) 894-2235

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF<br>v.<br>Russell Gomez Dzul<br><br>DEFENDANT. | 2:25-CR-00503-JLS<br><br>DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, <u>Russell Gomez Dzul</u>, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>27th</u> day of <u>June</u>, 20<u>25</u>
at <u>Los Angeles, California</u>
*(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, <u>Lynmar Vera</u>, am fluent in written and spoken English and <u>Spanish</u> languages. I accurately translated this form from English into <u>Spanish</u> to declarant <u>Russell Gomez Dzul</u> on this date.

Date: <u>6/27/25</u>

_____
Interpreter

CR-37 (05/15)    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS