UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-CR-00503-JLS | Date: 06/27/2025 |
| Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge | |
| Interpreter: Lynmar Vera | Language: Spanish |
| Christianna Howard | CS 06/27/2025 | Christina Lopez |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond  
Russell Gomez Dzul

Attorneys for Defendants:  ✓ Present  DFPD  
James S. Threatt

Proceedings: Arraignment of Defendant and/or     ✓ Assignment of Case    Appointment of Counsel  
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation.
Name of interpreter: Lynmar Vera; Language: Spanish
* Defendant is arraigned and the Court does not question defendant as to true name.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge Josephine L. Staton. Jury Trial is set for 08/19/2025 at 9:00 a.m.;
Status Conference is set for 08/08/2025 at 08:30 a.m..
* Defendant executes consent to be tried by a U.S. Magistrate Judge and the consent is accepted and filed.
* The parties are referred to Judge Staton's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov.
Judge Staton is located in 8A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA      PSAED       PSASA             Initial Appearance/Appointment of Counsel: 00 : 00  
     USMLA      USMED       USMSA  
     Statistics Clerk       ✓ Interpreter                Arraignment: 00 : 05  
     CJA Supervising Attorney   Fiscal            Initials of Deputy Clerk: CH by TRB