BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0596
    Facsimile: (213) 894-0141
    E-mail:    Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

June 18, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RUSSELL GOMEZ DZUL,<br>  aka "RUSSELL OZUL GOMEZ,"<br>  aka "RUSSELL DZUL GOMEZ,"<br><br>    Defendant. | No. 2:25-MJ-03509<br><br><u>ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)</u> |

    The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant in the interest of justice. Defendant shall be released from the custody of the U.S. Marshals solely on this charge.

IT IS SO ORDERED.

June 18, 2025
DATE

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
THI HOANG HO
Assistant United States Attorney