|   |   |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
|   | Federal Public Defender |
| 2 | JAMES S. THREATT (Bar No. 325317) |
|   | (E-Mail: Jimmy_Threatt@fd.org) |
| 3 | Deputy Federal Public Defender |
|   | 321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202 |
|   | Telephone: (213) 894-2854 |
| 5 | Facsimile: (213) 894-0081 |
| 6 | Attorneys for Defendant |
|   | RUSSELL GOMEZ DZUL |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00503-MAA |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT RUSSELL GOMEZ DZUL'S UNOPPOSED EX PARTE APPLICATION TO EXTEND DEADLINE TO RETURN SIGNED AND DATED BOND TO CRIMINAL INTAKE** |
| RUSSELL GOMEZ DZUL, | |
| Defendant. | |

Defendant Russell Gomez Dzul, through counsel of record James S. Threatt, hereby seeks an order extending by one week, to August 8, 2025, the deadline to return the signed and dated bond that was issued on July 17, 2025. The government does not oppose the request for an extension.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 31, 2025        By  */s/ James S. Threatt*

James S. Threatt
Deputy Federal Public Defender
Attorney for Russell Gomez Dzul

**DECLARATION OF JAMES S. THREATT**

I, James S. Threatt, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Russell Gomez Dzul in this matter.

2. Mr. Gomez Dzul made his initial appearance on June 9, 2025. At that time, he was ordered detained on a complaint charging felony assault in violation of 18 U.S.C. § 111(a)(1). (Dkts. 1, 9.)

3. On June 18, 2025, the government elected to proceed by way of information in order to instead pursue a misdemeanor violation of 18 U.S.C. § 111(a)(1). (Dkt. 12.)

4. On June 27, 2025, Mr. Gomez Dzul was arraigned on the information. (Dkts. 14, 24.) He was also ordered released upon an affidavit of surety in the amount of $5,000 signed by his sister-in-law Tanya Espindola Trujillo. (Dkts. 14, 22.)

5. When Mr. Gomez Dzul was released from BOP custody on June 27, he was immediately taken into custody by ICE on an immigration detainer. He is presently being held at the Adelanto ICE Processing Center.

6. The government still intends to proceed with the criminal charge contained in the Information.

7. On July 17, 2025, the Court granted an unopposed ex parte application to modify the conditions of Mr. Gomez Dzul's bond such that he will not be required to surrender his passport to Pre-Trial Services "unless and until he is released from ICE custody."

8. The Court set a deadline of August 1, 2025 for the signed and dated bond reflecting the modified conditions to be returned to Criminal Intake.

9. Mr. Gomez Dzul remains in ICE Custody at the Adelanto ICE Processing Center.

10. A Spanish language interpreter and I have reviewed the new bond with Mr. Gomez Dzul by VTC. It is my understanding that the signed and dated bond has been placed in the United States Postal Service to be returned to me at the Office of the Federal Public Defender. As of July 31, however, I have not yet received the signed and dated bond form.

11. Accordingly, I ask that the Court grant an additional week, to August 8, 2025, for the signed and dated bond to be returned to Criminal Intake.

12. On July 31, 2025, government counsel notified me that USAO does not oppose the request for a one-week extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2025, at Los Angeles, California.

<u>/s/ James S. Threatt            </u>.
James S. Threatt

3