# EXHIBIT C

**Date of transcription 9/26/2025:**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

## Transcription Sheet

| Case Number: | 2:25-CR-00503-MAA-1 |
|---|---|
| Date: | 8/6/2025 |
| Duration: | 7:22 |
| Participants: | MV 1 - interviewer 1<br>MV 2 - interviewee<br>MV3 – interviewer 2 |

The TTE is not an expert in voice recognition (separate area of expertise requiring specialized training and equipment).
Speaker labels represent the TTE's **best effort to differentiate voices**.
The transcription attached reflects only what the TTE can actually hear on the source language recording.

| | | |
|---|---|---|
| **UV** | Voz inidentificable | Unidentifiable voice |
| **MV** | Voz masculina | Male voice |
| **FV** | Voz femenina | Female voice |
| **I/I UI** | Dicción ininteligible | Unintelligible diction |
| **PH** | Fonético | Phonetic |
| **[ ]** | -Anotaciones del experto en transcripción/traducción [ETT].<br>-Se usan los corchetes para separar los comentarios del ETT de las palabras que se utilizaron en el mensaje original.<br>-Se proporcionan datos relacionados con el contexto, significado y factores culturales. | -Transcription/Translation Expert [TTE].<br>-Brackets are used to separate the transcriber's remarks from the original source words spoken.<br>-Provide information regarding context, meaning, and cultural factors. |
| ***Italics***<br>***Cursiva*** | Declaración articulada en inglés en la versión original. | Utterance originally in English. |

| | |
|---|---|
| **Negation** | Uh-uh |
| **Skepticism** | Uh |
| **Affirmative** | Uh-huh<br>Mhm |
| **Thinking** | Hmm |
| **Requests for repetition** | Huh? |

Page 1 of 9

**Date of transcription 9/26/2025:**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

|    | PARTICIPANT | TRANSCRIPTION (verbatim) | TRANSLATION |
|----|-------------|---------------------------|-------------|
| 1  | MV1 | OK. Today is Saturday, huh, June 7th, 2025, at approximately 15:12 hrs. Huh, In front of us we have Gomez Dzul, Russell. Hmm. Today we're taking a sworn statement in regards to events that happened earlier today. Hmm. This is Agent Gonzalez from CAC station C(harlie) 367 and Agent Mendoza Calexico Station C(harlie) 368.<br>OK ¿Cuál es tu nombre y apellido? | OK. Today is Saturday, huh, June 7th, 2025, at approximately 15:12 hrs. Huh, In front of us we have Gomez Dzul, Russell. Hmm .Today we're taking a sworn statement in regards to events that happened earlier today. Hmm. This is Agent Gonzalez from CAC station C(harlie) 367 and Agent Mendoza Calexico Station C(harlie) 368.<br>OK ¿Cuál es tu nombre y apellido? |
| 2  | MV2 | Russell Gomez | Russell Gómez |
| 3  | MV1 | ¿Y tu apellido? ¿Y el otro? | And your last name? And the other one? |
| 4  | MV2 | Dzul. | Dzul. |
| 5  | MV1 | Dzul. ¿Tu fecha de nacimiento? | Dzul. Your date of birth? |
| 6  | MV2 00:41.6 | 1981 noviembre.. | 1981 November |
| 7  | MV1 | ¿Qué día? | What day? |
| 8  | MV2 | 26. | 26. |
| 9  | MV1 | OK. Hmm. Lo que voy a hacer. Te voy a leer tus derechos, ¿OK?<br>Usted tiene el derecho de permanecer en silencio. Cualquiera cosa que usted diga puede ser usada en contra suya en una corte legal.<br>Usted tiene el derecho de consultar con un abogado, antes de contestar preguntas y de tener a un abogado presente durante las preguntas.<br>Si no puede pagar a un abogado, uno… le será proporcionado gratis para que le represente a usted antes de contestar preguntas.<br>¿Entiende usted los derechos? | OK. Hmm. What I'm going to do, I'm going to read you your rights, okay?<br>You have the right to remain silent. Anything you say can be used against you in a court of law.<br>You have the right to consult with an attorney before answering questions and to have an attorney present during questions.<br>If you can't afford an attorney… one will be provided to you free of charge to represent you before you answer questions.<br>Do you understand your rights? |
| 10 | MV2 0:01:16.5 | No. | No. |
| 11 | MV1 | ¿No entiende los derechos? | You don't understand rights? |
| 12 | MV2 | Oh. ¿Los que me dijo? Sí. | Oh. The ones you mentioned? Yes. |
| 13 | MV1 | Los que te acabo de leer, ajá, | The ones I just read to you. Mhm. |
| 14 | MV2 | Sí. | Yes. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| | | | |
|---|---|---|---|
| 15 | MV1 0:01:23.6 | OK. ¿Estás dispuesto a renunciando tus derechos y hablar conmigo? | OK. Are you willing waiving your rights and talk to me? |
| 16 | MV2 | No entiendo. | I don't understand. |
| 17 | MV1 | ¿Quieres hablar conmigo ahorita o no? | Do you want to talk to me right now or not? |
| 18 | MV2 | Sí. | Yes. |
| 19 | MV1 | Sí. OK. Mhm. ¿De qué país eres ciudadano? | Yes. OK. Mhm. What country are you a citizen of? |
| 20 | MV2 | De Yucatán. | From Yucatan. |
| 21 | MV1 | ¿De qué país? | What country? |
| 22 | MV2 | México. | Mexico. |
| 23 | MV1 | México, OK. | Mexico, OK. |
| 24 | MV1 | ¿Tienes documentos de inmigración para estar en los Estados Unidos legalmente? | Do you have immigration documents to be in the United States legally? |
| 25 | MV2 0:01:44.8 | No. | No. |
| 26 | MV1 | ¿No? ¿Estás aquí ilegalmente? | No? You're here illegally? |
| 27 | MV2 | Sí. | Yes. |
| 28 | MV1 | Sí. OK. ¿Por qué estás aquí ahorita? | OK. Why are you here right now? |
| 29 | MV2 0:01:54.2 | Por instinto. | On instinct. |
| 30 | MV1 | Por instinto. Yo digo, aquí ahorita. Arrestado. | On instinct. I mean, right now arrested here. |
| 31 | MV2 | Por instinto. | On instinct. |
| 32 | MV1 | Por instinto, OK. ¿Qué pasó ahora que te arrestaron? | On instinct, OK. What happened now that you were arrested? |
| 33 | MV2 | Estaba corriendo. | I was running. |
| 34 | MV1 | ¿Estabas corriendo? | You were running. |
| 35 | MV2 | Y montando en mi bicicleta también. | And riding my bike, too. |
| 36 | MV1 | OK. ¿Qué pasó después de eso? | OK. What happened after that? |
| 37 | MV2 | Me llevaron… | They took me… |
| 38 | MV1 02:14 | OK. ¿Pero porque corristes? | OK. But why did you run off? |
| 39 | MV2 | Por instinto. | On instinct. |
| 40 | MV1 | OK, pero… ¿De quién estabas corriendo? | OK, but… Whom were you running from? |
| 41 | MV2 | De nadien. Solo miré que estaban ustedes. Corrí entre ustedes. | From nobody. I simply saw you running. I ran among you. |
| 42 | MV1 | OK. Cuando dices «ustedes», ¿quién es... ¿A quién te refieres? | OK. When you say "you," who is… Whom are you referring to? |
| 43 | MV2 | Ah, no, no, el oficial que me agarró. | Hmm, well, the officer who grabbed me. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| | | | |
|---|---|---|---|
| 44 | MV1 | OK, OK. Cuando saliste corriendo, ¿qué pasó después, si me puedes describir lo que pasó? | OK, OK. When you ran off, what happened next, if you could describe it to me? |
| 45 | MV2 02:40.1 | ¿Cuando salí corriendo? | When I ran off? |
| 46 | MV1 | Ajá. | Mhm. |
| 47 | MV2 | Pues me arrestaron. | Well, I was arrested. |
| 48 | MV1 | OK. ¿Y qué pasó cuando te arrestaron? | OK, so what happened when you got arrested? |
| 49 | MV2 | Me subieron a la patrulla. | They put me inside the patrol car. |
| 50 | MV1 | OK. ¿Sabes qué color era la patrulla? | OK. Do you know what color the patrol car was? |
| 51 | MV2 | Blanco. | White. |
| 52 | MV1 | Blanco. ¿Nomás blanco? | White. Only White? |
| 53 | MV2 | Con verde. | With green. |
| 54 | MV1 | Blanco con verde. OK. ¿Sí reconociste que era una patrulla de inmigración? | White and green. OK. Did you recognize it was an immigration patrol car? |
| 55 | MV2 | La verdad, no. | To be honest, no. |
| 56 | MV1 | ¿No? ¿No viste lo que decía en la puerta y los colores de? [Voces entrecruzadas] | No? Didn't you see what it read on the door and the colors? [Voices overlap] |
| 57 | MV2 | No vi. | I didn't notice. |
| 58 | MV1 | ¿No? ¿Pero sí sabes que las patrullas blancas con verde son de inmigración? | No? But you do know that white and green patrol cars are immigration's? |
| 59 | MV2 | Nunca había visto una. | I had never seen one. |
| 60 | MV1 | ¿Entonces por qué corriste si no sabías que eran de inmigración? | So why did you run if you didn't know they were immigration? |
| 61 | MV2 | Porque… por los rumores. | Because… because of the rumors. |
| 62 | MV1 | Rumores…OK. | Rumors… OK. |
| 63 | MV2 0:03:18.7 | Y él... no sé… creo que estaba corriendo un muchacho antes. | And he... I don't know… I believe a guy had been running before I did. |
| 64 | MV1 | OK. OK. ¿Qué pasó cuando te persiguió el muchacho? | OK. OK. What happened when the guy chased after you? |
| 65 | MV2 | ¿Cuando me persiguió? | When he chased after me? |
| 66 | MV1 | Mhm. | Mhm. |
| 67 | MV2 0:03:28.2 | Pos me arrestó. | Well, he arrested me. |
| 68 | MV3 | Pero ¿corriste y te escondiste? | But… you ran and hid? |
| 69 | MV2 | Estaba yo tratando de esconderse. | I was trying to hide. |
| 70 | MV3 | ¿En dónde? | Where? |
| 71 | MV2 | Atrás de una camioneta. | Behind a truck. |
| 72 | MV3 | OK, y… | OK, and… |
| 73 | MV2 | Crucé la calle. | I went across the street. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| # | Speaker | Spanish | English |
|---|---------|---------|---------|
| 74 | MV3 | OK. Te escondiste. ¿Y qué pasó después de ahí cuando te arrestaron? | OK. You hid. And what happened after that when you were arrested? |
| 75 | MV2 | Pues ya me arrestaron. | Well, then they arrested me. |
| 76 | MV3 | ¿Te subimos a la patrulla? | We put you in the patrol car? |
| 77 | MV2 | Sí. | Yes. |
| 78 | MV3 | OK. y después hmm… conducimos por dos… por un minuto a lo mejor. Después el oficial trató de abrir la puerta, ¿correcto? | OK. And then, hmm... we drove for maybe two… for one minute? Then the officer tried to open the door, right? |
| 79 | MV2 | Sí, abrió la puerta. | Yes, he opened the door. |
| 80 | MV1 | ¿Estabas sentado tú de tu lado? | You were seated on your side. |
| 81 | MV2 | Sí. | Yes. |
| 82 | MV1 04:02.2 | ¿Y qué hiciste tú? | And what did you do? |
| 83 | MV2 | Hmm. Gritando por ayuda. | Hmm. Screaming for help. |
| 84 | MV3 | ¿Y qué más hiciste? | And what else did you do? |
| 85 | MV2 | Fue todo…Queriendo salirme. | That's all…wanting to get out. |
| 86 | MV3 | ¿Te quisiste salir de dónde? | You wanted to get out of where? |
| 87 | MV2 | De la patrulla donde me estaban… | From the patrol car where I was... |
| 88 | MV3 | OK. | OK. |
| 89 | MV1 0:04:13.5 | ¿Tenías alguien en frente cuando te querías salir? | Did you have someone in front of you when you wanted to leave? |
| 90 | MV2 | No. | No. |
| 91 | MV1 | ¿No habían nadien cuando abrieron la puerta? | There was no one else there when they opened the door. |
| 92 | MV2 | El *driver*. Parece que solo el *driver*. | The *driver*. I believe it was just the *driver*. |
| 93 | MV1 | ¿Entonces abrieron la puerta y qué pasó cuando abrieron la puerta? | So they opened the door, and what happened when they opened the door? |
| 94 | MV2 0:04:23.2 | Pues ya… cuando quería salir nomás así…estaba yo gritando. | Well, that's it. When I wanted to get out, just like this, I was screaming. |
| 95 | MV1 | Pero no había nadie con… ¿Quién abrió la puerta? | But there was no one with… Who opened the door? |
| 96 | MV2 | No sé quién. | I don't know who did. |
| 97 | MV1 | ¿Pero otro oficial? | But it was a different officer? |
| 98 | MV2 | Otro oficial. | Another officer. |
| 99 | MV1 | OK. Abrió la puerta… ¿Y tú te quisiste salir? | Okay, he opened the door. And you tried to get out? |
| 100 | MV2 | Sí. | Yes. |
| 101 | MV1 | ¿Te alcanzaste a salir? | Did you manage to get out? |
| 102 | MV2 | No. | No. |
| 103 | MV1 | ¿Por qué? | Why? |
| 104 | MV2 | No pude. | I couldn't. |
| 105 | MV1 | ¿Por qué no pudistes? | Why couldn't you? |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| 106 | MV2 | Estaba yo, este, esposado. | I was, well, handcuffed. |
|---|---|---|---|
| 107 | MV3 | ¿Y quién estaba en frente de ti? | And who was in front of you? |
| 108 | MV1 | No sé quién. | I don't know the person. |
| 109 | MV3 | ¿Había un oficial al frente de ti? | Was there an officer in front of you? |
| 110 | MV2 | Sí, estén, creo que iba a ir a agarrar a otro muchacho. | Yes, well, I think he was going to grab another guy. |
| 111 | MV3 | ¿Y le hiciste caso cuando te preg— dijo que te metieras con todo adentro de la patrulla? | And did you do as he asked you to when he asked… when he told you to get yourself all the way inside the patrol car? |
| 112 | MV2 | Huh? | Huh? |
| 113 | MV3 0:04:57.3 | ¿Le hiciste caso cuando te dijo que te metieras pa' trás a la patrulla? | Did you do as he asked when he told you to get back inside the patrol car? |
| 114 | MV2 | Nunca me dijo que me metiera… él estaba… | He never told me to get in… he was… |
| 115 | MV3 | Pero tú miraste al agente que estaba alrededor del oficial, ¿correcto? | But you did notice the agent around the officer, right? |
| 116 | MV2 | Sí. | Yes. |
| 117 | MV3 | ¿Y tú qué hacías? | And what were you doing? |
| 118 | MV2 0:05:09.8 | Pos ahí yo estaba gritando. | Well, I was there screaming. |
| 119 | MV3 | ¿Cómo? | How? |
| 120 | MV2 | Desesperado. | Freaked out. |
| 121 | MV3 | ¿Y qué más? | And what else? |
| 122 | MV2 | Esto fue todo [voces entrecruzadas] | That was all [Overlapping voices] |
| 123 | MV3 | ¿No empujaste al oficial? | Didn't you push the officer? |
| 124 | MV2 | ¿Huh? | Huh? |
| 125 | MV3 | ¿No empujaste al oficial? ¿O la puerta? | Didn't you push the officer? Or the door? |
| 126 | MV2 | No. | No. |
| 127 | MV3 | ¿La pateaste? | Did you kick it? |
| 128 | MV2 | No. | No. |
| 129 | MV3 | ¿Estabas sentado con los pies adentro de la puerta? ¿Adentro del vehículo? | Were you sitting with your feet inside the door? Inside the vehicle? |
| 130 | | Sí. | Yes. |
| 131 | MV3 | ¿No tenías los pies afuera, adentr— afuera del vehículo? | Didn't you have your feet outside, insi…, outside the vehicle? |
| 132 | MV2 | No. | No. |
| 133 | 0:05:25.8 | [I/I] | [U/I] |
| 134 | MV2 | No alcancé ni siquiera sacar la cabeza afuera de la puerta de… de la patrulla | I couldn't even get my head out of the door of... the patrol car. |
| 135 | MV3 | Hmm… porque todos está en video, Luis [voces entrecruzadas]. | Hmm… because all of it is on video, Luis [overlapping voices]. |
| 136 | MV2 | Si, sí. Yo sé. | Yes, yes. I know. |

Page 6 of 9

**Date of transcription 9/26/2025:**
**Case Name:** Russell Gomez-Dzul
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

| | | | |
|---|---|---|---|
| 137 | MV3 | Se miran la diferencia. Y te dijo el oficial que te metieras pa' atrás. | You can tell the difference. And the officer told you to get back inside. |
| 138 | MV2 | Sí, sí. Me dijo. | Yes, yes. He told me. |
| 139 | MV3 | ¿Y te metiste pa' trás? | And did you get back inside? |
| 140 | MV2 | Sí, pos no podía… Nunca salí. | Yes, well I couldn't… I never got out. |
| 141 | | OK [U/I] *ask him.* | OK [U/I] *ask him.* |
| 142 | MV1 | OK. Después de que hmm…otra vez que te metieron a la patrulla, ¿A dónde te llevaron? | OK. After hmm…they put you inside the patrol car again, where did they take you? |
| 143 | MV2 | Nunca salí. | I never got out. |
| 144 | MV1 | Por eso, OK…Cuando volvieron a cerrar la puerta. | That's what I mean, OK. After they were able to close the door back up. |
| 145 | MV2 | ¿Dónde me llevaron? | Where did they take me? |
| 146 | MV1 | Te llevaron a otro lugar. ¿Aquí donde estamos ahorita? | They took you elsewhere. Is it where we are right now? |
| 147 | MV2 | Sí, pues aquí. | Yes, well, here. |
| 148 | MV1 | OK. Bueno. ¿Qué tanto tienes viviendo en los Estados Unidos? | OK. Good. How long have you been living in the United States? |
| 149 | MV2 | 25 años. | 25 years. |
| 150 | MV1 0:06:14.1 | 25 años. ¿Por dónde cruzaste la primera vez? | 25 years. Where did you cross from the first time? |
| 151 | MV2 | Hmm. Tijuana. | Hmm. Tijuana. |
| 152 | MV1 | Por Tijuana. OK. | Through Tijuana, OK. |
| 153 | MV2 | Por Tecate. | Through Tecate. |
| 154 | MV1 | Por Tecate. OK. ¿Estás trabajando ahorita? | Through Tecate. OK. Are you currently working? |
| 155 | MV2 | Sí. | Yes. |
| 156 | MV1 | ¿En dónde? | Where? |
| 157 | MV2 | Por mi cuenta. | Self-employed. |
| 158 | MV1 | Pero qué… ¿qué trabajo haces? | But what? What type of work do you do? |
| 159 | MV2 | Mecánica. | Mechanic. |
| 160 | MV1 | OK. | OK. |
| 161 | MV3 0:06:31.2 | En el momento que te ibas a salir tú a la patrulla, Está el oficial en frente de ti, ¿correcto? | At the time you were about to get out of the patrol car, the officer was in front of you, correct? |
| 162 | MV2 | Estaba bloqueando la puerta. | He was blocking the door. |
| 163 | MV1 | Pa' que no te salieras. | So you wouldn't get out. |
| 164 | MV2 | Sí, pa' que no me saliera. | Yes, so I wouldn't get out. |
| 165 | MV3 | OK, y… | OK, and… |
| 166 | MV2 | Pero nunca me salí. | But I never got out. |
| 167 | MV3 | No, no. Pero no te saliste porque estaba el oficial en frente de ti. | No, no. You did not get out because the officer was in front of you. |
| 168 | MV2 | Sí, por eso. | Yes, that is what I mean. |

**Date of transcription 9/26/2025:**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

| 169 | MV3 | Y no te dejó salir. | And he didn't let you out. |
|---|---|---|---|
| 170 | MV2 0:06:49.6 | Lo obedecí. Nada más estaba yo gritando. | I did what he asked me to do. I was simply screaming. |
| 171 | MV3 | OK. Gritaste, pero no lo obedeciste porque te dijo que te metieras pa' atrás para el vehículo y no lo hiciste. | OK. You screamed but you didn't do what he asked you to do because he told you to get back inside the vehicle, and you didn't. |
| 172 | MV2 | Sí, pos nunca… | Yes, well… I never… |
| 173 | MV3 | Tú… | You… |
| 174 | MV2 | Nunca me salí del vehículo. | I never got out of the vehicle. |
| 175 | MV3 | Tuvo que ir un oficial alrededor y meterte del otro lado del vehículo para que te pudieras meter, porque tú no lo estabas haciendo por tu propia voluntad. | An officer had to go around and get you in from the other side so that you went inside the vehicle because you weren't doing it of your own free will. |
| 176 | MV2 | Sí, yo lo hice por mi propia voluntad. | Yes, I did it on my own free will. |
| 177 | MV3 | OK. | OK. |
| | MV1 | *OK. This concludes the sworn statement. It is approximately 15:19 hours.* | *OK. This concludes the sworn statement. It is approximately 15:19 hours.* |
| | | [Fin de la grabación] | [End of recording] |

Page **8** of 9

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

## DECLARATION OF TRANSLATOR

I, Carina Arriola, state that I am fluent in the Spanish and English languages and competent in translating from English into Spanish and from Spanish into English. I have been a professional translator for sixteen years. I have a master's degree in Editorial Translation. I have been certified by the American Translators Association as an English-to-Spanish translator since 2022. I have been a federally certified court interpreter by the Administrative Office of the United States Courts since 2011 and by the Judicial Council of California since 2008. I have kept my certifications in full force and effect.

I declare that I have transcribed and translated a recording identified as Exhibit B.

To the best of my knowledge, ability, and belief, the said transcription and translation is a true, accurate, and complete transcription and translation of the original seven minute and twenty-two second recording provided to me.

## DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

Transcription and translation of a recording identified as Exhibit B

Executed this 26th day of September 2025 in Los Angeles County, California.

UNITED STATES OF AMERICA
  v.
RUSSELL GOMEZ DZUL
Case N.° 2:25-CR-00503-MAA

Requested By:

Hannah Bogen Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second Street
Los Angeles, California 90012





**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.4783

Page **9** of 9