TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
     Post-Conviction and Special Litigation Section
     1400 United States Courthouse
     312 North Spring Street, 14TH floor
     Los Angeles, California 90012
     Telephone: (213) 894-4447
     Facsimile: (213) 894-0142
     E-mail:  johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-00503-BFM |
|      Plaintiff, | |
|        v. | JOINT PROPOSED VERDICT FORM |
| RUSSELL GOMEZ DZUL, | Trial Date: January 12, 2026 |
|      Defendant. | |

     Plaintiff, UNITED STATES OF AMERICA, by and through its attorney of record, Assistant United States Attorney JohnPaul LeCedre, and defendant RUSSELL GOMEZ DZUL, by and through his counsel of record, Deputy Federal Public Defenders Hannah A. Bogen and James S. Threatt, hereby submit the parties' Joint Proposed Verdict Form in the above-entitled matter.

//

//

Dated: December 20, 2025          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
  Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


  /s/ *JohnPaul LeCedre*
JOHNPAUL LECEDRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


CUAUTEMOC ORTEGA
Federal Public Defender


  /s/ *(by written authorization)*
HANNAH A. BOGEN
JAMES S. THREATT
Deputy Federal Public Defenders

Attorneys for Defendant
RUSSELL GOMEZ DZUL

**<u>VERDICT FORM</u>**

We, the Jury in the above-captioned action, unanimously find defendant RUSSELL GOMEZ DZUL:


_____              NOT GUILTY


_____              GUILTY


of Simple Assault on O.I., a federal officer, as charged in the Information.



_____
                              FOREPERSON OF THE JURY



DATED:_____, in Los Angeles, California.

3