TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
Post-Conviction and Special Litigation Section
     1400 United States Courthouse
     312 North Spring Street, 14th floor
     Los Angeles, California 90012
     Telephone: (213) 894-4447
     Facsimile: (213) 894-0142
     E-mail:   johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RUSSELL GOMEZ DZUL,<br>　a.k.a "Russell Ozul Gomez,"<br>　a.k.a "Russell Dzul Gomez,"<br><br>　　　　Defendant. | No. CR 2:25-00503-BFM<br><br>DISPUTED JOINT STATEMENT OF THE CASE<br><br>Trial Date:　January 12, 2026<br>Time:　　　　8:30 a.m.<br>Location:　Courtroom of the Hon. Brianna Fuller Mircheff |

　　Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney JohnPaul LeCedre; and Defendant Russell Gomez Dzul, by and through his counsel of record Deputy Federal Public Defenders Hannah A. Bogen and James S. Threatt hereby file its Disputed Joint Statement of the Case in accordance with the Court's Standing Order. Dkt. 52.

1

Consistent with the Court's Standing Order, this Disputed Joint Statement of the Case includes: (1) the Government's Proposed Statement of the Case, (2) the Defense's Proposed Statement of the Case, and (3) a "redline" comparing the parties' proposed statements. The parties affirm that they have met and conferred regarding these statements prior to jointly submitting these filings.

The redactions contained herein are in accordance with the Protective Order filed by the parties and ordered by the Court. Dkts. 66, 67.

Dated: December 29, 2025

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
 Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/ *JohnPaul LeCedre*
JOHNPAUL LECEDRE
Assistant United States Attorney

Attorneys for Plaintiff

Dated: December 29, 2025      /s/ *by written consent*
HANNAH A. BOGEN
JAMES S. THREATT
Deputy Federal Public Defenders

Attorneys for Defendant

2

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

This is a criminal case brought by the United States. The defendant, Russell Gomez Dzul, is charged in a one-count information with Assaulting a Federal Officer in violation of Title 18, United States Code, Section 111(a). The government alleges that on June 7, 2025, ▮▮▮ ▮▮▮▮, a federal officer, was performing an official duty at a location in Los Angeles, California, and that the defendant forcibly assaulted him. The defendant has pleaded not guilty to the charge.

The charges in this case are not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant does not have to testify or present any evidence. The defendant does not have to prove innocence; the government has the burden of proving every element of the charge beyond a reasonable doubt.

**DEFENSE PROPOSED STATEMENT OF THE CASE**

This is a criminal case brought by the United States. The defendant, Russell Gomez Dzul, is charged in a one-count information with Assaulting a Federal Officer in violation of Title 18, United States Code, Section 111(a).

The government alleges that on June 7, 2025, a California Border Patrol agent, O.I., was performing immigration-related enforcement at a location in Los Angeles, California, and arrested the defendant. The government alleges that the defendant, while detained in the back of his vehicle, forcibly assaulted that agent who stood outside of the vehicle. The defendant has pleaded not guilty to the charge.

The charges in this case are not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant does not have to testify or present any evidence. The defendant does not have to prove innocence; the government has the burden of proving every element of the charges beyond a reasonable doubt.

**STATEMENT OF THE CASE (REDLINE)**

This is a criminal case brought by the United States. The defendant, Russell Gomez Dzul, is charged in a one-count information with Assaulting a Federal Officer in violation of Title 18, United States Code, Section 111(a).

The government alleges that on June 7, 2025, ~~O███ I███, a federal officer,~~ a California Border Patrol agent, O.I., was performing ~~an official duty~~ immigration-related enforcement at a location in Los Angeles, California, and arrested the defendant. The government alleges that the defendant, while detained in the back of his vehicle, forcibly assaulted ~~him~~ that agent who stood outside of the vehicle. The defendant has pleaded not guilty to the charge.

The charges in this case are not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In addition, the defendant does not have to testify or present any evidence. The defendant does not have to prove innocence; the government has the burden of proving every element of the ~~charge~~ charges beyond a reasonable doubt.