# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 12, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | F. Javier Villalobos and Lynmar Vera Tacoronte / Spanish |

| C. Howard | Araceli Prado / ECRO | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD<br>Hannah A. Bogen, DFPD | X<br>X | X<br>X | |

___ Day COURT TRIAL    1 Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   x Begun (1st day);   x Held & continued;   ___ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) ___ rest.

___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ___   ___ Guilty on count(s) ___   ___ Not Guilty on count(s) ___

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___   ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___   X remanded to custody.   ___ Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X   Case continued to   01/13/2026   for further trial/further jury deliberation.

| CR-78 (10/08) | **CRIMINAL MINUTES - TRIAL** | Page 1 of 2 |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Other: | Defendant remanded into Marshal custody for the remainder of the trial. Bond will be reinstated once trial is over. |

                                                                          5 : 45

                                                Initials of Deputy Clerk    ch