# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 13, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | F. Javier Villalobos and Alejandro Franco / Spanish |

| C. Howard | CourtSmart | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD<br>Hannah A. Bogen, DFPD | X<br>X | X<br>X | |

\_\_\_ Day COURT TRIAL   2 Day JURY TRIAL   \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

X Opening statements made   Government and Defense

X Witnesses called, sworn and testified.

X Exhibits identified   X Exhibits admitted

X Government rests.   X Defendant(s) Russell Gomez Dzul rest.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

X - Motion for judgment of acquittal (FRCrP 29) \_\_\_ is \_\_\_ granted   X denied \_\_\_ submitted

X Closing arguments made   X Court instructs jury   X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused   X Jury retires to deliberate   \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:   \_\_\_ Jury Verdict as follows:

Dft # \_\_\_ Guilty on count(s) \_\_\_   \_\_\_ Not Guilty on count(s) \_\_\_

\_\_\_ Jury polled   \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists   \_\_\_ Filed Jury notes   \_\_\_ Filed Jury Instructions   \_\_\_ Filed Jury Verdict

Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_ for sentencing.

Dft # \_\_\_ remanded to custody.   Remand/Release# \_\_\_ issd.   Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

X Case continued to 01/14/2026 @ 8:30 a.m. for further trial/further jury deliberation.

---

CR-78 (10/08)   **CRIMINAL MINUTES - TRIAL**   Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

____  Other:

|  | 5 | : | 45 |
|---|---|---|---|
| Initials of Deputy Clerk | | ch | |