UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 14, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | Lynmar Vera Tacoronte / Spanish |

| C. Howard | CourtSmart | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD  Hannah A. Bogen, DFPD | X  X | X  X | |

___ Day COURT TRIAL        3 Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    ___ Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified        ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X  Alternates excused    ___ Jury retires to deliberate    X Jury resumes deliberations

___ Finding by Court as follows:    X Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___        X Not Guilty on count(s) ___

___ Jury polled - X    ___ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

X Dft # ___ remanded to custody.    Remand/Release# X issd.  X  Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

\_\_\_\_\_    Other:

|  : | 20 |
| Initials of Deputy Clerk | ch |