# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 1 4 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 01/14/26     Time: 8:22 am

Case Name: *United States v. Russell Gomez Dzul*
Case Number: CR 25-503-BFM

### JURY NOTE NO. 1

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

May we please have access to all the videos submitted into evidence as we deliberate? Thank you.

01/14/26
Date

_____
Signature of Foreperson of the Jury