FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Date: 01/14/26                          Time: 10:12 am

Case Name: *United States v. Russell Gomez Dzul*
Case Number: CR 25-503-BFM

## JURY NOTE NO. #2

[X] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

_____
_____
_____
_____
_____
_____

01/14/26                               ███████████████
Date                                   Signature of Foreperson of the Jury