FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 25-cr-503-BFM |
|---|---|
| Plaintiff, | **VERDICT FORM** |
| v. | |
| RUSSELL GOMEZ DZUL, | |
| Defendant. | |

**VERDICT FORM**

We, the Jury in the above-captioned action, unanimously find defendant RUSSELL GOMEZ DZUL:

    __X__    NOT GUILTY

    _____    GUILTY

of Simple Assault on Omar Ismail, a federal officer, as charged in the Information.

_____
FOREPERSON OF THE JURY

DATED: January 14, 2026, in Los Angeles, California.